# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-22-00263-CR
NO. 03-22-00264-CR
NO. 03-22-00265-CR

**Johnny Ray Pierce, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NOS. CR2021-148, CR2021-443 & CR2021-444
### THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Johnny Ray Pierce seeks to appeal his judgments of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(b), (c). The State has filed motions to dismiss, asserting that Pierce entered into signed plea agreements with the State in which he waived his right to appeal from the judgments and sentences. We agree. The trial court has certified that these are plea-bargain cases and that Pierce has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore grant the State's motions and dismiss the appeals. *See id.* R. 25.2(d) (stating that if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:   July 22, 2022

Do Not Publish